**David L. ROSS, an individual, Plaintiff–Appellant,**

v.

**SIMU U.S., INC., Somfy Systems, Inc., Great–West Life & Annuity Insurance Company, corporations, Defendants–Appellees,**

---

Simu U.S. Inc. PPO Plan, a Welfare Benefit Plan, et al., Defendants.

No. 08–16640
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 9, 2009.

Robert J. McCune, Robert A. Preston, Jr., Greer, Klosik, Daugherty, Swank & McCune, Atlanta, GA, for Plaintiff–Appellant.

William H. Buechner, Jr., Benton J. Mathis, Jr., Freeman, Mathis & Gary, LLP, Aaron Edward Pohlmann, Elizabeth J. Bondurant, Smith Moore Leatherwood LLP, Atlanta, GA, for Defendants–Appellees.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After a careful review of the briefs and record in this case, we affirm the grant of summary judgment in favor of the defendant-appellees for the reasons stated in the thorough and well-reasoned opinion of the district court.

**AFFIRMED.**